FOURTEENTH COURT OF APPEALS

ONE THOUSAND SIX HUNDRED §
FOUR DOLLARS & NINE CENTS §
($1,604.09) IN U.S. CURRENCY §
QUINCY BUTLER – APPELLANT, §
§      Case No. 14-14-00904-CV
v. §
§      Trial No. 11-~~~~~~~~
STATE OF TEXAS §

**NOTICE OF APPEAL**

Notice is hereby given that Quincy Butler , Appellant in
the above named case, appeals from the order or judgement entered
on July 28, 2014.

This appeal follows the summary judgement that was granted
in favor of the State.

Quincy Deshan Butler
TDCJ# 01899541
James V. Allred Unit
2101 F.M. 369 North
Iowa Park, Texas 76367

**PRAYER**

Wherefore premises considered, Appellant prays that this Honorable Court grant his Notice of Appeal, In the interest of justice!

**CERTIFICATE OF SERVICE**

I, Quincy Deshan Butler, TDCJ # 01899541, an inmate who is confined at the Allred Unit, 2101-F.M. 369 North, Iowa Park, Texas 76367-6568, declare and certify and plead under penalty of perjury in accordance with Sec. 1746 and Civil Prac. & Rem.Code Sections 132.001-132.003 that I have served this Court, by placing said motion in a postage-paid envelope and mailing said envelope via United States mail this 1st of January 2015 to the Fourteenth Court of Appeals, 301 Fannin, Suite 245, Houston, Texas 77002 as declared and confirmed to be a true and correct act of service by herein after affixing my signature on this date of 1/1/2015.

/s/ _Quincy Butler_
Quincy Deshan Butler
TDCJ# 01899541
James V. Allred Unit
2101 F.M. 369 North
Iowa Park, Texas 76367-6568

USA FOREVER

NORTH TEXAS TX PMDC
DALLAS TX 750
02 MAR 2015 PM 5 L

Quincy Butler #01895594
J. Allred Unit 7412-367
2101 Fm 365 N
Iowa Park, Tx 76367

14th Court of Appeals
301 Fannin, Suite 245
Hou, Tx 77002

77002205270

(Legal Mail)